PROB 12C
(7/93)

Report Date: June 20, 2014

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 20 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Arlando Ozone Quintero          Case Number: 0980 2:11CR06070-001

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 25, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 27 months; TSR - 36 months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: | October 4, 2013 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: | October 3, 2016 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 02/14/2014.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | **Supporting Evidence**: Arlando Quintero is considered to be in violation of his period of supervised release in the Eastern District of Washington by possessing drug paraphernalia on or prior to June 6, 2014. |
| | On June 6, 2014, the defendant was contacted after the vehicle he was a passenger in was pulled over on a traffic stop. The defendant was found to be in possession of a glass pipe which is used for smoking controlled substances. |
| | On June 9, 2014, the defendant plead guilty to one count of unlawful possession of drug paraphernalia in Franklin County Municipal Court. The defendant was sentenced to 3 days custody under case number 4Z0518350. |

Prob12C
Re: Quintero, Arlando Ozone
June 20, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 20, 2014

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/20/14
Date