PROB 12C
(7/93)

Report Date: August 21, 2015

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 21 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Arlando Ozone Quintero    Case Number: 0980 2:11CR06070-LRS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 25, 2012

Original Offense:     Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 27 months;          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Shawn N. Anderson            Date Supervision Commenced: April 24, 2015

Defense Attorney:     Rick Lee Hoffman             Date Supervision Expires: June 23, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: Arlando Quintero is considered in violation of his term of supervised release by failing to follow the instructions of the probation officer and failing to notify the probation officer of his change of address.

On August 12, 2015, this officer spoke with Mr. Quintero and his grandmother, Maria Escalante, simultaneously by telephone. Ms. Escalante advised she was told by the Social Security Administration that her social security survivors benefits would be affected if she had another adult living with her. She advised both Mr. Quintero and this probation officer that the defendant could no longer live with her, but she would allow him to stay a few days until he could find another residence. Mr. Quintero stated he would find another place to live in a few days. This officer instructed Mr. Quintero to notify this officer, of any change in living arrangements and the address where he would be staying. The defendant agreed.

This officer did not hear from Mr. Quintero and on August 14, 2015, contact was made with his grandmother by telephone. She advised she had not seen the defendant since August 12, 2015, but she would attempt to locate him and advise him to contact his U.S. probation officer. The defendant did not contact the U.S. Probation Office or this officer. On August 18, 2015, this officer again spoke with his grandmother by telephone. She stated she could not locate him and she had not seen him since August 12, 2015. She would continue to try and find him through friends and tell him to call the U.S. Probation Office. As of this date, the defendant has not contacted this officer as instructed and his whereabouts are unknown.

2  **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Arlando Quintero is considered in violation of his term of supervised release by failing to attend substance abuse treatment classes as required on or about August 18, and 19, 2015.

Mr. Quintero was scheduled for an individual session at First Step Community Counseling Services on August 18, 2015, at 4:30 p.m. He failed to report for his appointment and did not call his counselor prior to the appointment to notify her he would not be attending. Mr. Quintero was scheduled to attend his relapse prevention group on August 19, 2015, and failed to show up or call his counselor. He last attended treatment on August 12, 2015.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/21/2015

s/SanJuanita B. Coronado

SanJuanita B. Coronado
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/21/15
Date