PROB 12C
(7/93)

Report Date: October 14, 2015

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 14 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON**

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Arlando Ozone Quintero          Case Number: 0980 2:11CR06070-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 25, 2012

Original Offense:         Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:        Prison 27 months; TSR - 36 months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:      Shawn N. Anderson          Date Supervision Commenced: April 24, 2015

Defense Attorney:         Rick Lee Hoffman          Date Supervision Expires: June 23, 2017

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/21/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Arlando Quintero is considered in violation of his term of supervised release by being charged with possession of methamphetamine with intent to deliver on September 30, 2015, Benton County Case number 15-1-01129-8.<br><br>This officer received information that Mr. Quintero was arrested on September 30, 2015. Before Mr. Quintero was arrested, a task force officer saw him throw a plastic baggie into the vehicle Mr. Quintero was standing next to. The baggie was located in the car and was believed to contain methamphetamine. Mr. Quintero was searched incident to arrest and a baggie containing suspected methamphetamine and a single pill was found in his left front pants pocket.<br><br>Mr. Quintero was asked by a task force officer about the substance in his pocket and the substance in the vehicle. Mr. Quintero admitted, post Miranda, that both substances were methamphetamine and belonged to him. |

3   **Special Condition # 15**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: Arlando Quintero is considered in violation of his term of supervised release by failing to attend mental health treatment classes as required since August 6, 2015.

Mr. Quintero was attending individual sessions at Riverview Counseling and Consulting for mental health treatment. He attended his appointment on August 6, 2015, but failed to attend any further treatment sessions in the month of August. Due to his missed sessions, he was discharged on September 8, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/14/2015

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/14/15
Date